UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARK MENDLOVITZ, an individual, Plaintiff, v. RAYTHEON COMPANY, a Delaware corporation; RAYTHEON, a business entity unknown; RAYTHEON SPACE AND AIRBORNE SYSTEMS, a business entity unknown; and DOES 1 through 50, inclusive, Defendants. | Case No. 2:17-cv-7295 SVW (SSx) **ORDER FOR JUDGMENT** JS-6 |
|---|---|

Pursuant to the Court's May 9, 2018 Minute Order granting the Motion for Summary Judgment filed by Defendants Raytheon Company, Raytheon, and Raytheon Airborne Systems ("Defendant"), which granted summary judgment to Defendant on all claims asserted by Plaintiff Mark Mendlovitz ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff and Plaintiff shall take nothing by his action.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall have its costs of suit.

DATED: May 24, 2018

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE